THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PRESTON SYKES, Defendant-Appellant.

(No. 60266;

First District (2nd Division)—July 8, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Donald M. Devlin, and Paul B. Linton, Assistant State's Attorneys, of counsel), for the People.